**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7636**

———————————

MICHAEL SEWELL SMITH,

Plaintiff - Appellant,

versus

RUFUS FLEMING, Warden; CAPTAIN BENNETT;
CAPTAIN WHITLOW; M. HICKS, Lt.; G. WADE, Lt.;
M. L. HILL; SERGEANT WHITEHEAD; SERGEANT
FERGUSON; SERGEANT MOORE; C/O GOIN; C/O
HUDSON,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Raymond A. Jackson, District Judges. (CA-95-843-2)

———————————

Submitted: April 15, 1996          Decided: April 25, 1996

———————————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Michael Sewell Smith, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to transfer his case to another division. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED